No. 80–1824.   LATROBE STEEL CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 80–1827.   RUSS ET UX. *v.* TEXAS ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 80–1828.   SKIDMORE *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 80–1834.   DUARTE *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 80–1835.   CROSS ET AL. *v.* DADE COUNTY SCHOOL BOARD, MIAMI, FLORIDA, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 80–1842.   BIFIELD *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 80–1843.   YOUNG ET AL. *v.* BOGRETTE ET AL.   Ct. App. Mich.   Certiorari denied.

No. 80–1849.   ARSENAULT *v.* ALLEGHENY AIRLINES, INC.   C. A. 1st Cir.   Certiorari denied.

No. 80–1850.   COLONIAL BANK OF NEW ORLEANS *v.* VICKERS.   C. A. 5th Cir.   Certiorari denied.

No. 80–1855.   DIVERSIFIED RESOURCES CORP. *v.* BUXTON ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 80–1858.   VILLAGE OF PENN YAN, NEW YORK, ET AL. *v.* NEW YORK STATE ELECTRIC & GAS CORP. ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 80–1860.   BEAN *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.